# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-62161 TJT  
**Case Name:** BURRELL, CARL A  

**Period Ending:** 11/14/11

**Trustee:** (420470) Timothy J. Miller  
**Filed (f) or Converted (c):** 08/17/11 (f)  
**§341(a) Meeting Date:** 09/28/11  
**Claims Bar Date:**

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 1401 Addington<br>  Orig. Asset Memo: Imported from original petition Doc# 1 | Unknown | 0.00 | DA | 0.00 | FA |
| 2 | Cash on Hand 4533 Meadowview Court #3B, Ypsilant<br>  Orig. Asset Memo: Imported from original petition Doc# 1 | 200.00 | 200.00 | DA | 0.00 | FA |
| 3 | Bedroom Set, TV, Computer, Printer, Video 4533 M<br>  Orig. Asset Memo: Imported from original petition Doc# 1 | 3,000.00 | 0.00 | DA | 0.00 | FA |
| 4 | 4533 Meadowview Court #3B, Ypsilanti, MI<br>  Orig. Asset Memo: Imported from original petition Doc# 1 | 100.00 | 0.00 | DA | 0.00 | FA |
| 5 | 2003 Chevy Cavalier 4533 Meadowview Court #3B, Y<br>  Orig. Asset Memo: Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | 500.00 |
| 6 | 2006 Suzuki Motorcycle 4533 Meadowview Court #3B<br>  Orig. Asset Memo: Imported from original petition Doc# 1 | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 6 | **Assets** **Totals** (Excluding unknown values) | **$4,800.00** | **$200.00** | | **$0.00** | **$500.00** |

**Major Activities Affecting Case Closing:**

09/29/11 need docs vheicle titles, loan docs, divorce judgment- check register

**Initial Projected Date Of Final Report (TFR):** September 3, 2012  **Current Projected Date Of Final Report (TFR):** September 3, 2012

_____  
November 14, 2011  
Date

/s/ Timothy J. Miller  
_____  
Timothy J. Miller